IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

JOSE ISMAEL TORRES ALFARO,
a/k/a: "Jose Ismael Torres-Alfaro"
"Jose Ismael Torres"
Defendant.

Case No. 1:22-MJ-265

Case: 1:22-mj-209
Assigned To: Magistrate Judge G. Michael Harvey
Assign. Date: 9/19/2022
Description: Rule 5 Arrest Warrant

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jason Klepec, being duly sworn, depose and state:

1.      I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") in Fairfax County, Virginia. I have been employed with ICE for more than twelve years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2.      My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant for JOSE ISMAEL TORRES ALFARO (hereafter referred to as TORRES ALFARO), also known as "Jose Ismael Torres-Alfaro" and "Jose Ismael Torres", an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed

the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a).  This affidavit is also submitted in support of an arrest warrant.

4.     The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation.  This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5.     On or about August 5, 2022, ICE conducted surveillance in Alexandria, VA, which is within the Eastern District of Virginia and observed a white pickup truck with Washington D.C. license plate number XXX278 being driven by a Hispanic male. ICE then conducted record checks on the white pickup truck that revealed that it was registered to TORRES ALFARO. ICE then conducted record checks on TORRES ALFARO and found his Washington D.C. driver's license photo. The Washington D.C. driver's license photo matched the driver of the vehicle. TORRES ALFARO's date of birth was listed on his driver's license.  Using the date of birth, your affiant performed record checks and determined an alien number for TORRES ALFARO.

6.     His alien number confirmed that TORRES ALFARO is a native and citizen of El Salvador who was twice removed from the United States on or about April 23, 2010, at or near Houston, Texas and on or about May 4, 2007, at or near Atlanta, Georgia. It also showed the TORRES ALFARO has a specific assigned FBI number. TORRES ALFARO did not have legal authorization to reenter or remain in the United States.

2

7.      Your affiant also reviewed TORRES ALFARO's immigration file maintained by U.S. Citizenship and Immigration Services.  The file, also known as an alien file, revealed that TORRES ALFARO is a citizen and national of El Salvador.  The file contained two executed Immigration Service Form I-205s, Warrant of Removal/Deportation, bearing TORRES ALFARO's photograph, fingerprint, and signature.  These records showed that TORRES ALFARO was removed from the United States on or about April 23, 2010, at or near Houston, Texas and on or about May 4, 2007, at or near Atlanta, Georgia.  The photograph of TORRES ALFARO appeared to match the photograph on the driver's license as well as the person observed during surveillance.  The alien number in the file also matched the alien number associated with the date of birth and record checks described above.

8.      TORRES ALFARO's alien file lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States.  Further, TORRES ALFARO has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

## CONCLUSION

10.      Based on the foregoing, I submit that there is probable cause to believe that on or about August 5, 2022, in Alexandria, Virginia, within the Eastern District of Virginia, Jose Ismael Torres Alfaro, also known as "Jose Ismael Torres-Alfaro" and "Jose Ismael Torres", an alien who was removed from the United States on or about April 23, 2010, at or near Houston, Texas and on or about May 4, 2007, at or near Atlanta, Georgia, was found in the United States

without having obtained the express consent of the Attorney General or the Secretary of the

Department of Homeland Security to reapply for admission to the United States.


Respectfully submitted,


_____

Jason Klepec
Deportation Officer
U.S. Immigration and Customs Enforcement



Respectfully submitted and attested to in
accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone on 15th, 2022.

Digitally signed by Ivan Davis
Date: 2022.09.15 13:05:15 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia